IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT SEDLOCK,<br>　　　　Petitioner | : | NO. 2:07-cv-3455 |
| VS. | : | |
| DONALD KELCHNER,<br>　　AND<br>THE DISTRICT ATTORNEY OF<br>THE COUNTY OF DELAWARE,<br>　　AND<br>THE ATTORNEY GENERAL OF<br>THE STATE OF PENNSYLVANIA,<br>　　　　Respondents | : | |

**ORDER**

LEGROME D. DAVIS, J.

　　AND NOW, this 21st day of April, 2008, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.
2. The petition for a writ of habeas corpus is DENIED.
3. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
LEGROME D. DAVIS, J.